**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7245**

───────────

DONNIE M. SIMPSON,

                                        Petitioner - Appellant,

        versus


COLIE   RUSHTON,   Warden   of   McCormick
Correctional  Institution;  GARY  D.  MAYNARD,
Director  of  South  Carolina  Department  of
Corrections;  CHARLES  M.  CONDON,  Attorney
General for the State of South Carolina,

                                        Respondents - Appellees.


───────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.  (CA-02-1637-3-22BC)

───────────

Submitted:  November 21, 2002      Decided:  December 2, 2002

───────────

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Donnie M. Simpson, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donnie M. Simpson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254. An appeal may not be taken in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2241 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F.3d 676, 684 (4th Cir. 2001) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)). We have reviewed the record and conclude for the reasons stated by the district court that Simpson has not made the requisite showing. See Simpson v. Rushton, No. CA-01-1637-3-22BC (D.S.C. Aug. 6, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2